In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-125 CV


____________________



WALTER H. BALLARD, JR., Appellant



V.



CARRIE DAVIS ALLEN, Appellee






On Appeal from the 258th District Court


San Jacinto County, Texas


Trial Cause No. 10362






 MEMORANDUM OPINION 


 A motion for extension of time to file notice of appeal filed by Walter H. Ballard,
Jr. argues that the summary judgment signed by the trial court is interlocutory because it
fails to dispose of his pending counterclaim. On April 6, 2006, we gave the parties until
April 21, 2006, to file a response or to request a temporary abatement of the appeal. No
response has been filed.


 The clerk's record contains a petition in which Carrie Davis Allen asserts a quiet
title claim against Ballard and a counter-petition for quiet title in which Ballard also asserts
claims against Allen for damages for wrongful ejectment and conversion. The summary
judgment does not expressly dispose of Ballard's claims against Allen, and lacks clear and
unequivocal language of finality. 

 We hold the summary judgment entered by the trial court is an interlocutory
judgment from which no appeal may be had absent disposition of the remaining issues or
an order of severance. Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.


 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered May 4, 2006 

Before McKeithen, C.J., Gaultney and Horton, JJ.